

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00646-CR

Sonny James **HERNANDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 13-07-00115-CRF
Honorable Stella Saxon, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, appellant's motion to withdraw notice of appeal is GRANTED, and this appeal is DISMISSED.

SIGNED February 11, 2015.

_____
Jason Pulliam, Justice